UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JACOBSON, #430119,

       Plaintiff,                        CIVIL ACTION NO. 10-13046

      v.                              DISTRICT JUDGE AVERN COHN

DEBRA SCUTT; HAYES,            MAGISTRATE JUDGE MARK A. RANDON
Maintenance Worker; PATINO,
Maintenance Worker; and
C/O CATHCART,

       Defendants.
_____/

## ORDER REGARDING PLAINTIFF'S MOTION
## TO AMEND COMPLAINT (DKT. NO. 32)

This matter is before the Court on Plaintiff's Motion to Amend Complaint (Dkt. No. 32). Plaintiff may seek leave to amend his complaint pursuant to Fed. R. Civ. P. 15(a)(2). However, the Local Rules of the United States District Court for the Eastern District of Michigan require that Plaintiff "reproduce the entire [proposed] pleading as amended" along with his motion for leave to amend. E.D. Mich. L.R. 15.1.

This Court will consider any motion for leave to amend once it is able to review a proposed amended complaint submitted by Plaintiff. Plaintiff must submit any proposed amended complaint to this Court on or before **March 15, 2012**.

                             s/Mark A. Randon
                             MARK A. RANDON
                             UNITED STATES MAGISTRATE JUDGE

Dated: February 13, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, February 13, 2012, by electronic and/or first class U.S. mail.*

                             *s/Melody R. Miles*
                             *Case Manager to Magistrate Judge Mark A. Randon*