UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JACOBSON,

        Plaintiff,

v.

Case No.   10-13046

HONORABLE AVERN COHN

REY PATINO, JODY HAYES and DANNY CATHCART,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Order entered on September 06, 2012, judgment is entered in favor of defendants REY PATINO and JODY HAYES and against plaintiff.

DAVID WEAVER

Dated: September 6, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 6, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160